ACCEPTED
01-15-00415-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/11/2015 9:35:32 AM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS
FOR THE
FIRST JUDICIAL DISTRICT OF TEXAS
AT HOUSTON, TEXAS

CAUSE NO. 01-15-00415-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/11/2015 9:35:32 AM

CHRISTOPHER A. PRINE
Clerk

APPEAL FROM THE 151st DISTRICT COURT OF
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2012-38756

MICHELLE HARTMAN

Appellant/Appellee

Versus

WAYNE CORRELL

Appellee/Appellant

## APPELLANT/APPELLEE MICHELLE HARTMAN'S ERRATA

NEWTON B. SCHWARTZ, SR.
TBN: 17869000
1911 SOUTHWEST FREEWAY
HOUSTON, TEXAS 77098
TEL: (713) 630-0708
FAX: (713) 630-0789

TO HONORABLE JUDGE OF SAID COURT:

COMES NOW, Creditor/Michelle Hartman and will advise the Court of the following errata to her filed May 27, 2015, Notice of Automatic Partial Bankruptcy Stay Solely as to Appellant Wayne Correll.

Par. I should have read FRCP 10(c);

And the quote from Dorsaneo (first quote "ondebtors" should have read "nondebtors"):

> "...the automatic stay operates only against the debtor, and not against the nondebtors, codebtors, cotorfeasers, or codenfendants. Further, an express severance is not required for the proceedings to continue against the nondebtor [In re Southwestern Bell Tel. Co., (Tex. 2000) (venue transfer order was void against party that had filed for bankruptcy prior to order, but was effective to transfer case against co-defendant)]..." Dorsaneo Texas Litigation Guide 2014 § 2.03[2]

Respectfully submitted,

*/s/ Newton B. Schwartz, Sr.*
NEWTON B. SCHWARTZ, SR.
TBN: 17869000
VINCENT K. LO
TBN: 00798332
MABEL LEE-LO
TBN: 24010185
1911 Southwest Freeway
Houston, Texas 77098
Telephone: (713) 630-0708
Facsimile: (713) 630-0789
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record in accordance with Texas Rules of Civil Procedure on this 11th day of June, 2015.

*/s/ Newton B. Schwartz, Sr.*
NEWTON B. SCHWARTZ, SR.

William K. Vaughan                                    *Via email: wkv@wkvlf.com*
William K. Vaughan Law Firm
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Tel: (713) 568-2762
Fax: (713) 568-2732

Timothy A. Hootman                                 *Via email: thootman2000@yahoo.com*
2402 Pease Street
Houston, Texas 77003
Tel: (713) 247-9548
Fax: (713) 583-9523